**FILED**

December 20, 2006

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

_____
DEPUTY CLERK

-UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Case No. MAG. 06-0306-DAD |
| Plaintiff, | ) | |
| v. | ) | ORDER FOR RELEASE OF |
| | ) | PERSON IN CUSTODY |
| WESLEY OBERMAN, | ) | |
| | ) | |
| Defendant. | ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release WESLEY OBERMAN, Case No. MAG. 06-

0306-DAD from custody subject to the conditions contained in the attached "Notice to Defendant

Being Released" and for the following reasons:

      ___    Release on Personal Recognizance

  _X_    Bail Posted - All available equity in posted property

         ___    Unsecured Appearance Bond

         ___    Appearance Bond with 10% Deposit

        _X_    Appearance Bond with Surety

         ___    Corporate Surety Bail Bond

        _X_    (Other) Conditions as stated on the record

        _X_    (Other) The Defendant is to be released on 12/20/06 pending submission of bond

paperwork by defense counsel, which is due on or before 01/09/2007.

This release order is not effective until the date defendant has signed and understands the attached

"Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  December 20, 2006  at  2:30 pm

By  _____
Edmund F. Brennan
United States Magistrate Judge